FORM 8. Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Ericsson Incorporated and Telefonaktiebolaget LM Ericsson  v.  Intellectual Ventures I LLC

No. 16-1671

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Ericsson Incorporated and Telefonaktiebolaget LM Ericsson
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Steven G. Spears |
| Law firm: | McDermott Will & Emery LLP |
| Address: | 1000 Louisiana St., 39th Floor |
| City, State and ZIP: | Houston, TX 77002 |
| Telephone: | 713.653.1700 |
| Fax #: | 713.739.7592 |
| E-mail address: | sspears@mwe.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/22/1999

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 23, 2016                              /s/ Steven G. Spears
       Date                              Signature of pro se or counsel
                                         Steven G. Spears

123

American LegalNet, Inc.
www.FormsWorkFlow.com

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on **Mar 23, 2016** by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Steven G. Spears | /s/Steven G. Spears |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: McDermott Will & Emery LLP
Address: 1000 Louisiana St., 39th Floor
City, State, ZIP: Houston, TX 77002
Telephone Number: 713.653.1700
FAX Number: 713.739.7592
E-mail Address: sspears@mwe.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.